No. 7,644.—STATE, Appellant, *v.* JAMES PEMBERTON, Respondent.

Decided January 9, 1937.

PER CURIAM.—The state, through its Attorney General, having filed a motion to dismiss the appeal herein on the grounds that the information does not allege that defendant was conducting a retail store, nor that defendant's servants and employees were working in such store, the information thus failing to state facts sufficient to constitute a public offense, it is ordered that the appeal be dismissed.

*Mr. Harrison J. Freebourn,* Attorney General, for the State.

*Messrs. Johnston, Coleman & Jameson,* for Respondent.